UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ANNABEL, II,

Plaintiff,

v.

NORBERT FRONCZAK,

Defendant.

Case No. 23-cv-12346

Honorable Robert J. White

**ORDER GRANTING PLAINTIFF'S MOTION TO APPOINT COUNSEL**

Pro se Plaintiff Robert Annabel, II commenced this *in forma pauperis* action against Defendant Norbert Fronczak in September 2023, asserting a First Amendment retaliation claim under 42 U.S.C. § 1983. (ECF Nos. 1, 6). The Court referred the case to Magistrate Judge Kimberly G. Altman for all pretrial matters. (ECF No. 19). Following discovery, Fronczak moved for summary judgment, and the Court ultimately adopted the magistrate judge's recommendation to deny his motion. (ECF Nos. 63, 71, 78).

On February 11, 2026, the magistrate judge issued a Certification of Completion of Pretrial Proceedings indicating that this matter is ready for trial. (ECF No. 79). Annabel now moves for appointment of counsel. (ECF No. 82). At the

November 12, 2026 pretrial hearing, Annabel clarified that he seeks counsel for trial rather than settlement discussions.

Under 28 U.S.C. § 1915, "[t]he court may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). Although a district court is vested with broad discretion in determining whether to appoint counsel for an indigent civil litigant, appointment of such counsel is not a constitutional right and is justified only by exceptional circumstances. *Lavado v. Keohane*, 992 F.2d 601, 604–06 (6th Cir. 1993).

Given the history of this litigation, the Court finds that exceptional circumstances warrant appointing counsel. The parties completed discovery, Plaintiff survived a motion for summary judgment, and the magistrate judge certified that pretrial proceedings were complete. The case should therefore proceed to trial. Appointing counsel would greatly facilitate Plaintiff's trial preparation and presentation of his claim. Accordingly,

IT IS ORDERED that Plaintiff's motion to appoint counsel (ECF No. 82) is GRANTED.

IT IS FURTHER ORDERED that the Case Manager refer this matter to the Pro Bono Coordinator to obtain counsel to represent Plaintiff in preparation for trial and at trial.

IT IS SO ORDERED.

Dated: November 13, 2026

s/Robert J. White
Robert J. White
United States District Judge